In The United States Bankruptcy Court
For The Southern District of New York
New York, New York

In Re: Contifinancial Corporation  : Chapter 11
 : No 00-12184
 : Judge Gonzalez

Notice of Appeal

I hereby Appeal Hearing of 1-23-08 at 9:30 A.M.
To the District Court.
Fee of $255.00 Attached. (Exhibit A Attached)

Date: 1-7-08 @ 11:11 AM EST

Respectfully Submitted

Sharon A. Gimli
PO Box 457
Beaver Meadows PA
18216
1-570-455-4796



RECEIVED JAN 9 2008 SD DIST OF NEW YORK