UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In Re: Contifinancial Corporation
Sharon A. Gimbi,

          Plaintiff(s),

   -against-

Jeffrey H. Beck,

          Defendant(s).
------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08
```

08 Civ 3182 (CM) (HBP)

CALENDAR NOTICE

Please take notice that the above captioned matter has been **scheduled** for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ✓ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, May 23, 2008 at 11:00 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: April 7, 2008
       New York, New York

So Ordered

*[signature]*

Colleen McMahon, U.S.D.J