*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
————————————————————X

*In re:* **ContiFinancial Corp.**

————————————————————X

**ORDER OF DISMISSAL**
**FOR**

**FAILURE TO PROSECUTE**
**BANKRUPTCY APPEAL**

08-CV-3182 CM

FROM:   KATHLEEN FARRELL-WILLOUGHBY, CLERK
           UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF NEW YORK

TO:   J.MICHAEL MCMAHON, CLERK
      UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK

IN RE: ContiFinancial Corp.
DATE OF FILING NOTICE OF APPEAL: 1/9/2008

BANKRUPTCY CASE: **00-12184 (AJG)**

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and file a Designation of Items to be Included in the Record as required by:

    _X_  FRBP 8006
    ___  Federal Rules of Civil Procedure (Rule _____)
    _X_  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ____ Rule 8007-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **May 2, 2008**
       New York, New York

Internal Control #: 1195

Kathleen Farrell-Willoughby, Clerk
U.S. Bankruptcy Court, SDNY

By: _____
         Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____ 20_8
    New York, New York

_____
Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____

J.Michael McMahon , Clerk
District Court, SDNY

By: _____
        Deputy Clerk

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5|6|08