UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __6__

------------------------------------------------

*In Re: Cortifinancial Corporation*
-v-

U.S.C.A. # _____

U.S.D.C. # __08 cv 3182__

JUDGE: __CM__

------------------------------------------------

DATE: __MAY 30, 2008__

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** -----------------------------------------------------

**DOCUMENT DESCRIPTION**                                                    DOC. #

__CLERK'S CERTIFICATE__

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__

( √ ) Original Record                                       ( ___ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 30TH Day of May, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

In Re: Contifinancial Corporation

-v-

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-3182

JUDGE: CM

DATE: MAY 30, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 30TH Day of May In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:08-cv-03182-CM
# Internal Use Only

In Re: Contifinancial Corporation  
Assigned to: Judge Colleen McMahon  
Case in other court: USBC-SDNY, 00-B-12184 (AJG)  
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 03/31/2008  
Date Terminated: 05/06/2008  
Jury Demand: None  
Nature of Suit: 422 Bankruptcy Appeal (801)  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2008 | 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Arthur J. Gonzalez Bankruptcy Court Case Numbers: 00-B-12184 (AJG). Certified copies of file received. Document filed by Sharon A. Gimbi. Appellant Brief due by 4/18/2008.(bkar) (Entered: 03/31/2008) |
| 03/31/2008 | | Magistrate Judge Henry B. Pitman is so designated. (bkar) (Entered: 03/31/2008) |
| 03/31/2008 | | Mailed letter to the United States Bankruptcy Court - Southern District of New York as notification of filing of Bankruptcy Notice of Appeal (Case Number: 00-B-12184 (AJG).) with the U.S.D.C. - S.D.N.Y. and the assignment of S.D.N.Y. Case Number: 08-cv-3182 (CM). (laq) (Entered: 04/03/2008) |
| 03/31/2008 | | Mailed notice to the attorney(s) of record. (laq) (Entered: 04/03/2008) |
| 04/07/2008 | 2 | CALENDAR NOTICE: Oral Argument (Bankruptcy Appeal) set for 5/23/2008 at 11:00 AM in Courtroom 21B, 500 Pearl Street, New York, NY 10007 before Judge Colleen McMahon. (Signed by Judge Colleen McMahon on 4/7/08) (cd) (Entered: 04/07/2008) |
| 05/01/2008 | 3 | ENDORSED LETTER addressed to Judge Colleen McMahon from Matthew I. Kramer dated 5/1/08 re: Counsel for Appellee Jeffrey Beck the Chapter 11 liquidating trustee is inquiring whether the Court has received from the Bankruptcy Court's Clerk's Office a proposed Order of Dismissal for failure to Prosecute Bankruptcy Appeal. ENDORSEMENT: I have not yet received as of today. (Signed by Judge Colleen McMahon on 5/1/08) (js) (Entered: 05/02/2008) |
| 05/06/2008 | 4 | ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE BANKRUPTCY APPEAL; petitioner has failed to pay the filing fee and file a Designation of Items to be included in the record as required by FRBP 8006 and 28 U.S.C. 1930(9),(16). The appeal is deemed abandoned and the appeal in the above entitled action is hereby dismissed. (Signed by Judge Colleen McMahon on 5/5/08) (tve) (Entered: 05/06/2008) |
| 05/13/2008 | 5 | NOTICE OF APPEAL from 4 Order of Dismissal. Document filed by Sharon A. Gimbi. Filing fee $ 455.00, receipt number E 650449. Copies mailed to attorney(s) of record: Bilzin Sumberg Baena Price & Axelrod. (tp) (Entered: 05/29/2008) |
| 05/29/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 05/29/2008) |
| 05/29/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 05/29/2008) |